**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SUSAN KEDZIORA    CASE NO.: 10-21696-RBR

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 2,061.95   for months   1   to   60  ;
   B.   $_____ for months _____ to _____;
   C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:    Attorney's Fees and Costs - $3500.00 fees & $275.00 costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling); TOTAL PAID PRE-PETITION $1,025.00 TOTAL FEES & COSTS $3,775.00
Balance Due    $ 2750.00  payable $ 275.00 /month  (Months   1   to  10 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

Name: FLAGSTAR BANK                    Arrearage on Petition Date $ 14,500.00 .
Address:                               Arrears Payment  $   12.50   /month (Months   1   to   10  )
                                       Arrears Payment  $  287.50   /month (Months  11   to   60  )
Account No:                            Regular Payment  $ 1582.00   /month (Months   1   to   60  )

Name:                                  Arrearage on Petition Date $_____.
Address:                               Arrears Payment  $_____ /month (Months _____ to _____)
                                       Arrears Payment  $_____ /month (Months _____ to _____)
Account No:                            Regular Payment  $_____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $
                               Payable  $_____/month (Months____ to ___) Regular Payment $

Unsecured Creditors: Pay $  5.00   /month (Months  1   to  60  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor to treat Townhouse of Nova outside of the Chapter 13 plan.

_____/s/_____  **FILED ECF**
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor    D.O.F: 4/30/10                    Date: 5/18/10

LF-31 (rev. 12/01/09)