**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

    __1st__     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
    _____     Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SUSAN KEDZIORA   CASE NO.: 10-21696-RBR

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __2,061.95__ for months __1__ to __1__ ;
    B.    $ __1,838.74__ for months __2__ to __60__ ;
    C.    $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:    Attorney's Fees and Costs - $3,500.00 fees & $275.00 costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling); TOTAL PAID PRE-PETITION $1,025.00 H.A.M.P. Application $750.00; TOTAL FEES & COSTS $4,525.00
Balance Due    $3,500.00 payable $ 1,874.00 /month (Months __1__ to __1__ )
    payable $ __27.10__ /month (Months __2__ to __60__ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

| Name: FLAGSTAR BANK<br>Address: 5151 Corporate Drive<br>           Troy, MI 48098<br>Account No: 274501458765 | Arrearage on Petition Date - NONE - PENDING H.A.M.P APPLICATION.<br><br>Projected H.A.M.P. Temporary Plan Payment (T.P.P.) including principal, interest, taxes and insurance $ 1,639.48 /month (Months __2__ to __60__ ) |
| --- | --- |
| Name:<br>Address:<br><br>Account No: | Arrearage on Petition Date $_____.<br>Arrears Payment  $_____/month (Months _____ to _____)<br>Arrears Payment  $_____/month (Months _____ to _____)<br>Regular Payment  $_____/month (Months _____ to _____) |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
| --- | --- | --- | --- | --- | --- |
|  | $ | % | $ |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $
    Payable  $_____/month (Months_____ to ___) Regular Payment $

Unsecured Creditors: Pay $ __5.00__ /month (Months __2__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 12/01/09)

Other Provisions Not Included Above:

1. Debtor to treat Townhouse of Nova outside of the Chapter 13 plan.

2. Upon filing of this amended Chapter 13 plan, the Debtor filed an application under the Home Affordable Modification Program (H.A.M.P.) and HAMP Supplemental Directive 10-02 with the Secured Creditor, NAME, on Debtor's homestead real property. The Debtor will file evidence of approval for a H.A.M.P. Trial Payment Plan upon receipt from the lender. Upon completion of the H.A.M.P. application and review by the Creditor, the Debtor will timely comply with any and all requirements necessary to complete a permanent mortgage modification, if applicable. The Debtor hereby consents to direct communication with the Secured Creditor for the purpose of loss mitigation only.

Upon the acceptance or denial of the modification through H.A.M.P., the Debtor will amend or modify the Chapter 13 plan in accordance with the Mortgagee's approval or denial and in accordance with the Debtor's intention to accept or reject said Permanent Mortgage Modification (PMM). In the event the Debtor elects not to amend or modify the plan to conform with the mortgage modification offer or if the H.A.M.P. application is denied, the Debtor shall amend or modify the Chapter 13 plan to conform to the Secured Creditor's Proof of Claim or surrender the real property no later than 30 calendar days following the receipt of the Secured Creditor's offer or rejection letter. If the Homestead Real Property is surrendered, then for confirmation purposes, any secured Proof of Claim filed by the Creditor shall be deemed treated outside of the plan. Until acceptance or denial of the H.A.M.P. Application, the Proof of Claim filed by the Creditor shall be held in abeyance. The Trustee is directed to pay the TPP and not the arrears or regular payment stated in the Proof of Claim until further order of the Court.

Confirmation of this Plan will be without prejudice to the assertion of any rights the Secured Creditor had or any Objections the Debtor could have asserted prior to confirmation to address payment of the Secured Claim.

3. The TPP has been reduced by $130.00/month for direct post-petition payments to the Debtor's Homeowners' Association.

_____ */s/* **FILED ECF**_____
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor    D.O.F: 4/30/10            Date:6/30/10

LF-31 (rev. 12/01/09)